UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:90-cr-00085-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **ORRIN JACKSON,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on the government's Motion for Remission. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion for Remission (#137) is GRANTED, and the unpaid remainder of defendant's fine, assessment, or any interest thereupon accrued is REMITTED.

Signed: August 18, 2015

Max O. Cogburn Jr
United States District Judge